266 So.2d 430

Douglas MILLER

v.

EAST ASCENSION TELEPHONE COM-
PANY, INC. and South Central Bell
Telephone Company.

No. 52698.

Sept. 20, 1972.

Writ denied. The judgment complained of is correct.

266 So.2d 430

STATE of Louisiana

v.

Eugene N. COOKMEYER.

No. 52831.

Sept. 20, 1972.

DIXON, J., concurs.